

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00457-CV

James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley, and Cody Presley,
Appellants

v.

**COYLE FAMILY FARM, INC.**, Coyle Farms Partnership, Mike Coyle,
Doug Coyle, Tim Coyle, and Tom Tompkins,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 17-12-24620-CV
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellants.

SIGNED May 15, 2019.

Liza A. Rodriguez, Justice